1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7
\* \* \*

8   CENTER CAPITAL CORPORATION,              )
                                             )
9               Plaintiff(s),                )        Case No. 2:09-cv-1367-RLH-PAL
                                             )
10         vs.                               )        **DECLARATORY JUDGMENT**
                                             )
11   EAGLE JET AVIATION, INC., MILTON        )
     WOODS, individually, and ALEX PENLY,    )
12   INDIVIDUALLY,                           )
                                             )
13               Defendant(s).               )
     _____)

14
15              The Court having granted Plaintiff's Motion for Declaratory Judgment Against

16   Defendant Eagle Jet Aviation, Inc. To Clear a Cloud on Title, To Facilitate Sale of the Collateral

17   (#33),

18              IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any lien or

19   ownership interest of Eagle Jet Aviation, Inc. or of Karen's Eagle, LLC, in the jet aircraft in the

20   1987 Gates Lear Jet Model 35A, Serial Number 626 is STRICKEN and DECLARED NULL AND

21   VOID.

22              Dated:   July 13, 2010.

23
24                                                   _____
                                                     **Roger L. Hunt**
25                                                   **Chief United States District Judge**

26