# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | |
| Plaintiff(s), | Case No. 2:09-cv-1367-RLH-PAL |
| vs. | **O R D E R** (Motion to Amend–#39) |
| EAGLE JET AVIATION, INC., MILTON WOODS, individually, and ALEX PENLY, individually, | |
| Defendant(s). | |

Before the Court is Plaintiff's **Motion to Non-Substantively Amend Declaratory Judgment Order to Facilitate Sale of Collateral** (#39, filed July 16, 2010). No opposition has been filed.

Unfortunately, the proposed amended Declaratory Judgment was not attached as twice promised and the Court is unable to address the Motion.

IT IS THEREFORE ORDERED that Plaintiff's **Motion to Non-Substantively Amend Declaratory Judgment Order to Facilitate Sale of Collateral** (#39) is denied, without prejudice, as moot.

Dated: August 10, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**