# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WEBSTER CAPITAL FINANCE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MILT'S EAGLE, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:09-cv-01367-RLH-PAL <br><br> **ORDER** |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for March 2, 2011, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **March 10, 2011** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due February 23, 2011, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., March 3, 2011.**

Dated this 9th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge