DENNIS A. DRESSLER
IL #06271183
DRESSLER PETERS, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602
(312)602-7360
(312)637-9378 Facsimile
ddressler@dresslerpeters.com

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEVADA

CENTER CAPITAL CORPORATION,

    Plaintiff,

vs.

EAGLE JET AVIATION, INC., MILTON WOODS, individually, and ALEX PENLY individually,

    Defendants.

Case No. 2:09-CV-01367-RLH-PAL

**Order on
Motion to Withdraw as Counsel**

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter coming before the Court on Dennis A. Dressler's Motion to Withdraw as Counsel, and this Court being duly advised in the premises hereby ORDERS:

That Dennis A. Dressler is permitted to withdraw as counsel for Center Capital Corporation n/k/a Webster Capital Finance as of the date of this Order.

IT IS SO ORDERED this 28th day of February, 2011.

_____
Honorable Judge