HOWARD K. LEVINE, ESQ.
Federal Bar No. ct10555
CARMODY & TORRANCE LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: hlevine@carmodylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WEBSTER CAPITAL FINANCE, INC., | : | Case No. 2:09-CV-01367-RLH (PAL) |
| Plaintiff. | : | |
| vs. | : | |
| MILT'S EAGLE, LLC, EAGLE JET AVIATION, INC., MILTON WOODS, individually, and ALEX PENLY, individually, | : | **ORDER FOR JUDGMENT UPON DEFAULT** |
| Defendants. | : | |

Before the Court is Plaintiff Webster Capital Finance, Inc.'s, f/k/a Center Capital Corporation ("WCF"), **Motion for Judgment upon Default** (# 76), filed May 17, 2011, whereby WCF seeks default judgment against Defendants Milt's Eagle LLC, Eagle Jet Aviation, Inc., and Alex Penly for their failure to plead and otherwise defend this action. In particular, WCF seeks compensatory damages, attorneys' fees and costs.

Having reviewed the motion and the attached documents and affidavits, and there having been filed no opposition thereto, the Court finds that the amount of said damages, and attorneys'

fees and costs are evident from the affidavit testimony and business records submitted with WCF's motion. Accordingly, no evidentiary hearing is necessary.

The Court grants the motion and finds that judgment should enter against Defendants Milt's Eagle LLC, Eagle Jet Aviation, Inc., and Alex Penly for their failure to plead and otherwise defend this action. The Court finds further that judgment against each defendant should enter, jointly and severally, for damages in the amount of $1,356,428.70, which includes the per diem prejudgment default interest rate of $432.78 through July 11, 2011. The Court finds further that Plaintiff is owed reasonable attorneys' fees in the amount of $47,697.00, as well as costs of $701.04 and interest.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion for Judgment upon Default (# 76) filed by Plaintiff Webster Capital Finance, Inc., f/k/a Center Capital Corporation is GRANTED.

IT IS FURTHER ORDERED that judgment shall enter against Defendants Milt's Eagle LLC, Eagle Jet Aviation, Inc., and Alex Penly, jointly and severally, for damages in the amount of $1,356,428.70 plus attorneys' fees in the amount of $47,697.00, for a total judgment amount of **$1,404,125.50**.

IT IS FURTHER ORDERED that Plaintiff is entitled to postjudgment interest at the legal prevailing rate on said total judgment amount.

IT IS FURTHER ORDERED that Plaintiff is allowed costs in the amount of **$701.04**.

Dated: July 13, 2011

ROGER L. HUNT
United States District Judge