# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WEBSTER CAPITAL FINANCE, INC., | |
| Plaintiff(s), | Case No. 2:09-cv-1367-RLH-PAL |
| vs. | **J U D G M E N T** |
| MILT'S EAGLE, LLC, EAGLE JET AVIATION, INC. MILTON WOODS, individually, and ALEX PENLY, individually, | |
| Defendant(s). | |

  The Court having granted Plaintiff's Motion for Judgment upon Default against Defendants Milt's Eagle, LLC, Eagle Jet Aviation, Inc., and Alex Penly,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff WEBSTER CAPITAL FINANCE, INC., take judgment against MILT'S EAGLE, LLC, EAGLE JET AVIATION, INC., and ALEX PENLY, jointly and severally, for:

  DAMAGES:   $1,356,428.70

  ATTORNEY FEES: $47,697.00

  TOTAL:    $1,404,125.70

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff is entitled to post-judgment interest at the legal prevailing rate on said total judgment amount until paid, and costs in the amount of $701.04

  Dated: July 13, 2011.

_____
Roger L. Hunt
**United States District Judge**