UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WEBSTER CAPITAL FINANCE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MILT'S EAGLE, LLC, EAGLE JET ) <br> AVIATION, INC., MILTON WOODS, ) <br> individually, and ALEX PENLY, individually, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:09-cv-01367-RLH-PAL <br><br> **JUDGMENT** |

The Court having granted Plaintiff's Motion for Summary Judgment against Defendant Milton Woods,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, the Plaintiff WEBSTER CAPITAL FINANCE, INC., take judgment against MILTON WOODS as follows:

  DAMAGES:  $1,700,055.82

  ATTORNEY FEES: $66,903.00

  TOTAL:   $1,766,958.82

/ / /

AO 72
(Rev. 8/82)

1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff is entitled to post-judgment interest at the legal prevailing rate on the total judgment amount until paid, and costs in the amount of $702.06.

This judgment is entered jointly and severally with Defendants MILT'S EAGLE, LLC, EAGLE JET AVIATION INC., and ALEX PENLY, to the extent of the judgment against them previously entered (#80, dated Jul. 13, 2011)

Dated: November 27, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**